BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000
(559) 497-4099 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:13 CR 00215-AWI BAM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) ADVANCING TRIAL DATE |
| JORGE ARMANDO CHAVEZ | ) |
| Defendant. | ) |

## **STIPULATION**

The United States, by and through its attorney of record  and Defendant JORGE CHAVEZ, by and through his attorney of record, hereby stipulate that on November 6, 2013, the following dates were set in the above-referenced matter:

**Trial**: April 8, 2014, at 8:30 a.m., before The Honorable Anthony W. Ishi;  and

**Trial Confirmation**: March 17, 2014, at 10:00 a.m., before The Honorable Anthony W. Ishi.

Due to scheduling conflict on the part of counsel for the United States, the parties now

1

stipulate to advance the trial date by one week to April 1, 2014, at 8:30 a.m., and the Trial Confirmation hearing to March 10, 2014 at 10:00 a.m.

Dated: November 8, 2013

                                            By_____
                                             Michael S. Frye,
                                             Assistant U.S. Attorney

Dated: November 8, 2013

                                            By_____
                                             Victor Chavez
                                             Attorney for JORGE ARMANDO
                                             CHAVEZ

## **ORDER**

Based upon the stipulation of the parties, I hereby ORDER that the currently scheduled trial and trial confirmation dates are vacated and that the following dates are now set:

Trial: April 1, 2014, at 8:30 a.m. before the Honorable Anthony W. Ishii

Trial Confirmation: March 10, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 12, 2013                _____
                                           SENIOR DISTRICT JUDGE